IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

DURAMAX, INC.,

                Plaintiff,                Case No. 3:03 CV 7571

   -vs-

                                       O R D E R

ROPPE CORPORATION,

                Defendant.

KATZ, J.

    The final pretrial set for August 22, 2005 is vacated and reset for September 12, 2005 at 9:00 a.m.

    IT IS SO ORDERED.

                                             s/ *David A. Katz*
                                            DAVID A. KATZ
                                            SENIOR U. S. DISTRICT JUDGE